NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRITT CRAIG,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7196

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3506, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Britt Craig moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

DEC 0 6 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sandra E. Booth, Esq.
    Meredyth Cohen Havasy, Esq.

s21

Issued As A Mandate: DEC 0 6 2011
                          _____

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 0 6 2011

**JAN HORBALY**
**CLERK**